**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In. re:                                                                             Case No.: 21-10538-SMG
INNOVATIVE SOFTWARE                                              Chapter 11
  SOLUTION, INC.

     Debtor-in-Possession.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), INNOVATIVE SOFTWARE SOLUTION, INC. (the "Debtor-in-Possession"), files this Chapter 11 Case Management Summary and states:

1. Date of Order for Relief Under Chapter 11: ***January 21, 2021***

2. Names, case numbers and dates of filing of related debtors: ***None***

3. Description of Debtor's business/employment: ***Copier wholesaler and repair.***

4. Location(s) of Debtor's operations and whether the business premises are leased or owned: ***1800 SW 15th Avenue, #125, Pompano Beach, FL 33069.***

5. Reasons for filing Chapter 11: ***Due to the Covid-19 pandemic, schools have been closed. The contracted schools have a combined 244 copiers in use. However, without school in session, the revenues dropped as Debtor is paid on a per copy basis.***

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

     *Natalie Frazier – President*     *Salary: $64,330.09*
     *Kashonda Burton – President*     *Salary: $26,500.00*

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition:

     *Gross revenues 2021:*     *$13,730.94*
     *Gross revenues 2020:*     *$1,249,561.21 (based on total deposits)*

8. Amounts owed to various creditors:

(a) Obligations owed to priority creditors, including priority tax obligations

*Internal Revenue Service - unknown*
*Florida Department of Revenue - unknown*

*(b)* With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

1. ***On Deck Capital – Owed: approx. $70,000.00 – Collateralized by all assets, proceeds, accounts, general intangibles***

*(c)* Amount of unsecured claims:

*Approximately $187,748.87+ (Ricoh claim amount is unknown at this time)*

9. General description and ***approximate*** value of the Debtor's assets:

**Value: $31,000+**

*Bank accounts; copiers; toner; copier parts; vehicles; office furniture; computers; monitors; file cabinets*

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

*Scottsdale Insurance*
*General Liability & Property Insurance Policy# CPS3254835*
*Property Insurance Policy# (same as above)*

11. Number of employees and amounts of wages owed as of petition date:

*3 employees – no wages owed*

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

*Up-to-date.*

13. Anticipated emergency relief to be requested within 14 days from the petition date:

*Expedited Cash Collateral and Adequate Protection; Motion to Reject Lease with Finalyson.*

DEBTOR:
INNOVATIVE SOFTWARE
  SOLUTION, INC.

By: /s/ Natalie Frazier
    Natalie Frazier
Its: President

ATTORNEY:
Van Horn Law Group, P.A.
330 N. Andrews Ave., Suite 450
Fort Lauderdale, Florida 33301
(954) 765-3166
(954) 756-7103 (facsimile)

By: /s/ Chad T. Van Horn, Esq.
    Chad T. Van Horn, Esq.
    Florida Bar No. 64500
    Email:Chad@cvhlawgroup.com

3